**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 16, 2024.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| **RIC (LAVERNIA) LLC,** | § | **Case No. 24-51195-mmp** |
| | § | |
| **Debtor** | § | **Chapter 11** |
| | § | |

---

| | | |
|---|---|---|
| **RIC (LAVERNIA) LLC,** | § | |
| | § | |
| **Plaintiff** | § | **Adversary No. 24-05043-mmp** |
| | § | |
| **v.** | § | |
| | § | |
| **MILESTONE CAPITAL CRE 1, LLC;** | § | |
| **LORI DAVES AND JOHN DAVES, AS** | § | |
| **SUBSTITUTE TRUSTEE; ANDRES** | § | |
| **CEDILLOS,** | § | |
| | § | |
| **Defendants** | § | |

### ORDER

On this date, the Court considered Plaintiff RIC (Lavernia) LLC's Agreed Motion for Extension of Time to File a Response to Defendant Milestone Capital CRE I, LLC's Motion to Vacate (the "Motion"). Having considered the motion and the agreement of the parties, the Court finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff RIC (Lavernia) LLC shall file its response to

Defendant Milestone Capital CRE 1, LLC's Motion to Vacate on or before **December 23, 2024**.

###

Prepared and submitted by:

Justin D. Hanna
Texas Bar No. 24095726
**BRYAN CAVE LEIGHTON PAISNER LLP**
2200 Ross Ave., Suite 4200W
Dallas, Texas 75201
(214) 721-8000 (Telephone)
(214) 721-8100 (Facsimile)
Email: justin.hanna@bclplaw.com
***Counsel for Plaintiff RIC (Lavernia), LLC***