

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 26, 2024.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | Case No. 24-51195-mmp |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |
| **RIC (LAVERNIA) LLC,** | § | |
| | § | |
| Plaintiff | § | Adversary No. 24-05043-mmp |
| | § | |
| v. | § | |
| | § | |
| **MILESTONE CAPITAL CRE 1, LLC; LORI DAVES AND JOHN DAVES, AS SUBSTITUTE TRUSTEE; ANDRES CEDILLOS,** | § | |
| | § | |
| Defendants | § | |

**ORDER GRANTING AGREED MOTION TO AMEND SCHEDULING ORDER**

This matter came before the Court on the Agreed Motion to Amend Scheduling Order (the "Agreed Motion"). For good cause shown, **IT IS HEREBY ORDERED** granting the Agreed Motion.

1

**IT IS HEREBY FURTHER ORDERED** that the Scheduling Order entered in this case on August 22, 2024, at ECF No. 6 ("Scheduling Order") is hereby amended as follows:

1. The deadline for all parties asserting or resisting claims for relief to serve on all other parties, but not file, the disclosures required by Federal Rule of Civil Procedure 26(a)(1) is hereby **extended** from 9/5/24 **to 1/17/25**.

2. The deadline for the parties to complete discovery is hereby **extended** from 11/20/24 **to 3/21/25.**

3. The deadline to file and serve on all other parties all dispositive motions is hereby **extended** from 12/2/24 **to 4/18/25**.

4. Docket call for trial previously set for 1/6/25 at 2:00 pm is hereby **CONTINUED**. **Docket call is reset to 5/5/25 at 02:00 PM at San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, Texas 78205**.

5. The deadline for submitting the joint pre−trial order and proposed findings of fact and conclusions of law is **extended** from 12/30/24 **to 4/28/25.**

6. To the extent not modified hereby, the Scheduling Order shall remain in full force and effect.

###

Prepared and submitted by:

Kyle S. Hirsch
Texas Bar No. 24117262
**BRYAN CAVE LEIGHTON PAISNER LLP**
2200 Ross Ave., Suite 4200W
Dallas, Texas 75201
(214) 721-8000 (Telephone)
(214) 721-8100 (Facsimile)
Email: kyle.hirsch@bclplaw.com
*Attorney for Plaintiff RIC (Lavernia) LLC*

Kell C. Mercer
Texas Bar No. 24007668
**KELL C. MERCER, P.C.**
901 S. Mopac Expy Bldg 1 Suite 300
Austin, TX 78746
(512) 627-3512
(512) 597-0767 (fax)
kell.mercer@mercer-law-pc.com
*Attorney for Defendant Milestone Capital CRE 1, LLC*

Natalie F. Wilson
Texas Bar No. 24067769
**LANGLEY & BANACK, INC.**
Trinity Plaza II
745 E. Mulberry, Suite 700
San Antonio, TX 78212
nwilson@langleybanack.com
*Attorney for John and Lori Daves*