# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24–51195–mmp

Chapter No.: 11

IN RE: **RIC (Lavernia) LLC**, Debtor(s)

Adversary Proceeding No.: 24–05043–mmp

Judge: Michael M Parker

**RIC (Lavernia) LLC**
Plaintiff

v.

**Milestone Capital CRE 1, LLC et al.**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on  **4/7/25  at  02:00 PM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov. ) (related document(s): 58 Motion to Compel Discovery Responses filed by Justin Hanna for Plaintiff RIC (Lavernia) LLC. Hearing Scheduled For 4/7/2025 at 2:00 PM at SA Courtroom 1 (Castleberry, Deanna)

Dated:  2/20/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]