IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | Case No. 24-51195-mmp |
| | § | |
| Debtor | § | Chapter 11 |
| | § | |
| RIC (LAVERNIA) LLC, | § | |
| | § | |
| Plaintiff | § | Adversary No. 24-05043-mmp |
| | § | |
| v. | § | |
| | § | |
| MILESTONE CAPITAL CRE 1, LLC; | § | |
| LORI DAVES AND JOHN DAVES, AS | § | |
| SUBSTITUTE TRUSTEE; ANDRES | § | |
| CEDILLOS, | § | |
| | § | |
| Defendants | § | |

**FIRST AMENDED NOTICE OF DEPOSITION OF JENNIFER MACGEORGE**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Bankruptcy Procedure 7030 and 7034 and Federal Rules of Civil Procedure 30 and 34, Plaintiff RIC (Lavernia), LLC ("Plaintiff") will take the oral deposition of non-party Jennifer MacGeorge beginning at **9:30 a.m. CT on April 3, 2025**. The deposition will be taken remotely. Additionally, Plaintiff requests that Jennifer MacGeorge produce documents by **9:30 a.m. CT on April 3, 2025**. A copy of the subpoena compelling Jennifer MacGeorge's oral deposition and the production of documents is attached hereto as Exhibit 1.

The documents should be produced in accordance with Exhibit A of the attached subpoena. The documents should be produced to U.S. Legal Support, Inc., at 16825 Northchase Dr., Suite

1

800, Houston, TX 77060 or via email to justin.hanna@bclplaw.com on or before 9:30 a.m. CT on April 3, 2025.

The deposition will be recorded by stenographic means and may be recorded by video before an officer authorized to administer oaths, and will continue day to day until completed. Exhibit B of the attached subpoena provides additional information regarding the deposition. All parties are invited to attend and examine the witness as prescribed by the Federal Rules of Civil Procedure.

Dated: March 17, 2025

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

 */s/ Justin D. Hanna*
Kyle S. Hirsch
Texas Bar No. 24117262
Justin D. Hanna
Texas Bar No. 24095726
2200 Ross Ave., Suite 4200W
Dallas, Texas 75201
(214) 721-8000 (Telephone)
(214) 721-8100 (Facsimile)
kyle.hirsch@bclplaw.com
justin.hanna@bclplaw.com

**ATTORNEYS FOR PLAINTIFF RIC (LAVERNIA) LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2025, a copy of the foregoing document was served via email through the ECF system on the following counsel of record:

George H. Spencer, Jr. and Natalie F. Wilson
Langley & Banack, Inc.
gspencer@langleybanack.com
nwilson@langleybanack.com
***Attorneys for John and Lori Daves***

Kell C. Mercer
KELL C. MERCER, P.C.
kell.mercer@mercer-law-pc.com
***Attorney for Defendants Milestone Capital CRE 1, LLC and Andres Cedillos***

Peter J. Stanton
The Law Offices of Peter J. Stanton
stanton@pstantonlaw.com
***Attorney for Defendant Milestone Capital CRE 1, LLC***

Erin Coughlin
Office of the United States Trustee
erin.coughlin@usdoj.gov

                                                                                                                              */s/ Justin D. Hanna*
                                                                                                                              Justin D. Hanna