**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 25, 2025.**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | CASE NO. 24-51195-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| _____ | § | |
| | § | |
| RIC (LAVERNIA) LLC, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | ADVERSARY NO. 24-05043-MMP |
| | § | |
| MILESTONE CAPITAL CRE 1, LLC, | § | |
| LORI DAVES & JOHN DAVES, AS SUBSTITUTE | § | |
| TRUSTEE, & | § | |
| ANDRES CEDILLOS, | § | |
| | § | |
| DEFENDANTS. | § | |

### ORDER DISMISSING MOTION AS MOOT

The Court considered the *Unopposed Joint Motion to Enter Stipulated Judgment* (ECF No. 74) and the docket sheet and determined that the *Motion* should be dismissed as moot because the movants have filed an *Amended Unopposed Joint Motion* (ECF No. 75). It is, therefore,

**ORDERED** that the first above-referenced *Motion* (ECF No. 74) is **DISMISSED AS MOOT**.

# # #